**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL FLORES-ESCALERA,<br>a.k.a CUAHTEMOC AGUIRRE-<br>MAXIMILIANO and<br>MARCO MONDRAGON-BELMONTES,<br><br>    Defendants. | Case No: 2:12-cr-433-PMP-GWF-2<br><br>**ORDER GRANTING DEFENDANT MARCO MONDRAGON-BELMONTES' UNOPPOSED MOTION TO PREPARE A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

**ORDER**

IT IS HEREBY ORDERED that the Probation Department prepare a Pre-Sentence Investigation Report on Defendant Mondragon-Belmontes determining his criminal history category and make it available to counsel within 21 days from the date of this Order.

DATED this _ 2nd day of January, 2013.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE